# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

IN RE:

MARK ANTHONY ANDERSON            Case No. 17-11739-BFK
                                                         (Chapter 13)

    Debtors

---

APPLE FEDERAL CREDIT UNION
4029 Ridge Top Road
Fairfax, VA 22038

                                                     Judge Brian F. Kenney

    Movant

v.

MARK ANTHONY ANDERSON
1411 Admiral Drive
Woodbridge, VA 22192
Debtors

and

THOMAS P. GORMAN
300 N. Washington St., Ste. 400
Alexandria, VA 22314
Chapter 13 Trustee

    Respondents

---

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

       UPON CONSIDERATION of the Motion for Relief from Automatic Stay filed herein, and pursuant to the terms of the Consent Order entered herein, the Debtors having

Diana C. Theologou
VSB#84536
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, MD 20852
(301) 468-4990
dtheologou@silvermanlegal.com
Attorney for Apple Federal Credit Union

defaulted under the terms therein and the Movant having filed a Notice of Default and Certificate of Compliance herein; it is hereby:

ORDERED:

1. That the automatic stay be, and it hereby is, terminated to allow Apple Federal Credit Union to repossess and sell the property known as 2007 Honda Odyssey, VIN#5FNRL38867B042081; and

2. That Apple Federal Credit Union shall pay any surplus proceeds arising from the sale of the property to the Chapter 13 Trustee.

Alexandria, Virginia

January ___, 2018

Jan 23 2018

/s/ Brian F. Kenney

_____
Brian F. Kenney, Judge
United States Bankruptcy Court
Eastern District of Virginia

I ASK FOR THIS

Entered on Docket: Jan 25 2018

/s/ Diana C. Theologou

Diana C. Theologou, Esq. #84536
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
Phone: (301) 468-4990
dtheologou@silvermanlegal.com
***Attorney for Apple Federal Credit Union***

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Diana C. Theologou., Esq..

Diana C. Theologou
VSB#84536
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, MD 20852
(301) 468-4990
dtheologou@silvermanlegal.com
Attorney for Apple Federal Credit Union

Parties to receive copies:

Diana C. Theologou
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, MD 20852

    Chapter 13 Trustee
    Thomas P. Gorman
    300 N. Washington St., Ste. 400
    Alexandria, VA 22314

    MARK ANTHONY ANDERSON
    1411 Admiral Drive
    Woodbridge, VA 22192

    Nathan A. Fisher
    3977 Chain Bridge Road #2
    Fairfax, VA 22030

Diana C. Theologou
VSB#84536
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, MD 20852
(301) 468-4990
dtheologou@silvermanlegal.com
Attorney for Apple Federal Credit Union