**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

IN RE:

MARK ANTHONY ANDERSON             Case No. 17-11739-BFK
                                                                     (Chapter 13)

       Debtors

---

APPLE FEDERAL CREDIT UNION
4029 Ridge Top Road
Fairfax, VA 22038

                                                              Judge Brian F. Kenney

       Movant

v.

MARK ANTHONY ANDERSON
1411 Admiral Drive
Woodbridge, VA 22192
Debtors

and

THOMAS P. GORMAN
300 N. Washington St., Ste. 400
Alexandria, VA 22314
Chapter 13 Trustee

       Respondents

---

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**


       UPON CONSIDERATION of the Motion for Relief from Automatic Stay filed herein, and pursuant to the terms of the Consent Order entered herein, the Debtors having

Diana C. Theologou
VSB#84536
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, MD 20852
(301) 468-4990
dtheologou@silvermanlegal.com
Attorney for Apple Federal Credit Union

defaulted under the terms therein and the Movant having filed a Notice of Default and Certificate of Compliance herein; it is hereby:

ORDERED:

1. That the automatic stay be, and it hereby is, terminated to allow Apple Federal Credit Union to repossess and sell the property known as 2007 Honda Odyssey, VIN#5FNRL38867B042081; and

2. That Apple Federal Credit Union shall pay any surplus proceeds arising from the sale of the property to the Chapter 13 Trustee.

Alexandria, Virginia

January ___, 2018

Jan 23 2018

/s/ Brian F. Kenney

_____
Brian F. Kenney, Judge
United States Bankruptcy Court
Eastern District of Virginia

I ASK FOR THIS

Entered on Docket:Jan 25 2018

/s/ Diana C. Theologou

Diana C. Theologou, Esq. #84536
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
Phone: (301) 468-4990
dtheologou@silvermanlegal.com
***Attorney for Apple Federal Credit Union***

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Diana C. Theologou., Esq..

Diana C. Theologou
VSB#84536
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, MD 20852
(301) 468-4990
dtheologou@silvermanlegal.com
Attorney for Apple Federal Credit Union

Parties to receive copies:

Diana C. Theologou
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, MD 20852

    Chapter 13 Trustee
    Thomas P. Gorman
    300 N. Washington St., Ste. 400
    Alexandria, VA 22314

    MARK ANTHONY ANDERSON
    1411 Admiral Drive
    Woodbridge, VA 22192

    Nathan A. Fisher
    3977 Chain Bridge Road #2
    Fairfax, VA 22030

Diana C. Theologou
VSB#84536
Silverman Theologou, LLP
11200 Rockville Pike, Ste. 520
N. Bethesda, MD 20852
(301) 468-4990
dtheologou@silvermanlegal.com
Attorney for Apple Federal Credit Union

United States Bankruptcy Court
Eastern District of Virginia

In re:   Case No. 17-11739-BFK
Mark Anthony Anderson   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: shepherda     Page 1 of 1     Date Rcvd: Jan 25, 2018
                      Form ID: pdford1     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
db          +Mark Anthony Anderson,    1411 Admiral Drive,    Woodbridge, VA 22192-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bankruptcydept@applefcu.org Jan 26 2018 02:37:00      Apple Federal Credit Union,    Collections Dept,    4029 Ridge Top Road,    Fairfax, VA 22030-7435
                                                                                                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
         Diana C. Theologou    on behalf of Creditor    Apple Federal Credit Union    dtheologou@silvermanlegal.com
         Karl A. Moses, Jr.    on behalf of Creditor    Ditech Financial LLC karl.moses@bww-law.com
         Michael Jacob Owen Sandler    on behalf of Debtor Mark Anthony Anderson sandlerlaw@yahoo.com
         Nathan A. Fisher    on behalf of Debtor Mark Anthony Anderson Fbarsad@cs.com,    barsad@aol.com
         Thomas P. Gorman    ch13alex@gmail.com,    tgorman26@gmail.com
                                                                                                                                                                              TOTAL: 5