**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

| | |
|---|---|
| MARK ANTHONY ANDERSON<br>SSN:   ###-##-4725<br>                              Debtor | Chapter 13<br><br>Case No. 17-11739-BFK |

## ORDER OF DISMISSAL

      This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to 11 U.S.C. 1307.  Notice thereof having been given in accordance with Rule 2002, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is
      ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further
      ORDERED, that the debtor(s) pay the balance of the filing fee in the amount of $ -0.00-    to the Clerk of Court within ten (10) days of the date of this order; and it is further
      ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C. 330(a)(1)(B), and it is further
      ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.
      If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Aug 31 2018

/s/ Brian F. Kenney

Brian F. Kenney
U. S. Bankruptcy Judge

Entered on Docket: September 4, 2018

I Ask For This:

/s/ Thomas P. Gorman

Thomas P. Gorman, Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

    The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

Order of Dismissal, page 3
Mark Anthony Anderson
Case #17-11739-BFK

**PARTIES TO RECEIVE COPIES**

Mark Anthony Anderson
Chapter 13 Debtor
1411 Admiral Drive
Woodbridge, VA  22192

Nathan Fisher, Esq.
Attorney for Debtor
Fisher-Sandler, LLC
3977 Chain Bridge Rd. #2
Fairfax, VA  22030

Nestle Waters North America, Inc.
ATTN: Payroll Office
900 Long Ridge Road
Building 2
Stamford, CT 06902-

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Mark Anthony Anderson  
    Debtor

Case No. 17-11739-BFK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: palaciosl     Page 1 of 1     Date Rcvd: Sep 04, 2018  
                   Form ID: pdford6     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.
```
db         +Mark Anthony Anderson,    1411 Admiral Drive,    Woodbridge, VA 22192-2602
           +Nestle Waters North America, Inc,    ATTN: Payroll Office,    900 Long Ridge Road,    Building 2,
             Stamford, CT 06902-1140
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:
```
          Diana C. Theologou    on behalf of Creditor    Apple Federal Credit Union
           dtheologou@silvermanlegal.com
          Karl A. Moses, Jr.    on behalf of Creditor    Ditech Financial LLC bkvaecfupdates@bww-law.com,
           karl.moses@bww-law.com
          Michael Jacob Owen Sandler    on behalf of Debtor Mark Anthony Anderson sandlerlaw@yahoo.com
          Nathan A. Fisher    on behalf of Debtor Mark Anthony Anderson Fbarsad@cs.com,   barsad@aol.com
          Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com
                                                                                             TOTAL: 5
```